Richard W. Maki, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Avenue, 3rd Floor
Anchorage, AK 99501
Phone: 907/278-8533 Fax: 907/278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT PACIFIC SEAFOODS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> M/V KATELLA, official no. 613587, in rem; ) <br> and CARL ETHERIDGE, individually, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:10-cv-00102-TMB-JDR |

### STIPULATION FOR DISMISSAL

The parties, by and through counsel, pursuant to Federal Civil Rule 41(a)(1)(A)(ii) hereby dismiss this case with prejudice, each side to bear their own fees and costs.

Dated at Anchorage, Alaska, this 13th day of August, 2010.

        TINDALL BENNETT & SHOUP, P.C.
        Attorneys for Plaintiff

        By:     /s/ Richard W. Maki
              Richard W. Maki, ABA No. 8211126
              Tindall Bennett & Shoup, P.C.
              508 W. 2nd Avenue, 3rd Floor
              Anchorage, AK 99501
              Phone: 907/278-8533
              Fax: 907/278-8536
              E-mail: Maki@Tindall-law.com

1

THE LAW OFFICE OF STEVEN J. SHAMBUREK
Attorney for Defendants

By:    /s/ Steven J. Shamburek
      Steven J. Shamburek, ABA No. 8606063
      Law Office of Steven J. Shamburek
      425 G. Street, Suite 610
      Anchorage, AK 99501
      Phone: 907/522-5339
      E-mail: shamburek@gci.net
            shamburekbank@gci.net

Certificate Of Service

I certify that on the 13th day of August, 2010, a copy was served electronically by the court on the following person:

Steven J. Shamburek
425 G Street, Ste. 610
Anchorage, AK 99501

   /s/ Patty Taylor
Tindall Bennett & Shoup